■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDALL SAYLOR, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed July 11, 1980. Appeal dismissed. Defendant has completed serving his sentence. Mangano, J.P., Gibbons, Gulotta and Cohalan, JJ., concur.

## (February 27, 1981)

■ TOWN OF CORTLANDT, Petitioner, v OFFICE OF MENTAL RETARDATION AND DEVELOPMENTAL DISABILITIES et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of Mental Retardation and Developmental Disabilities, dated August 13, 1980, which, after a hearing, found that the establishment of a community residence at a contested location in the Town of Cortlandt would be appropriate, pursuant to subdivision (a) of section 41.34 of the Mental Hugiene Law. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination under review is supported by substantial evidence. Titone, J.P., Rabin, Margett and Weinstein, JJ., concur.

## THIRD DEPARTMENT, FEBRUARY, 1981

## (February 3, 1981)

■ In the Matter of DOUGLAS ROSS, Alleged to be Permanently Neglected. CHEMUNG COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DONNA ROSS, Appellant. — Motion for summary reversal of an order of Family Court, Chemung County, entered December 3, 1979, upon the grounds that the stenographer has died and the parties cannot agree on stipulated facts. Motion granted, without costs, and matter remitted to the Family Court for a new trial (see Dillard v Dillard, 48 AD2d 666). Mahoney, P.J., Sweeney, Kane, Casey and Yesawich, Jr., JJ., concur.